1468-14

# ELECTRONIC RECORD

COA #   11-12-00264-CR                    OFFENSE:  22.02

STYLE:  **Richard Efren Hignojos v.
The State of Texas**          COUNTY:  Ector

COA DISPOSITION:  REVERSED &
REMANDED                      TRIAL COURT:  244th District Court

DATE: 09/30/14          Publish: NO   TC CASE #:   C-38,608

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Richard Efren Hignojos v.
The State of Texas**          CCA #:  **PD-1468-14**

_____SPA'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____              JUDGE: _____

DATE: 02/04/2015               SIGNED: _____    PC: _____

JUDGE: Per Curiam             PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**